# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs. | §   NO:  WA:24-CR-00237(1)-ADA |
| | § |
| (1) ALEJANDRO GONZALEZ-RAMIREZ | § |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed March 18, 2025, wherein the defendant (1) ALEJANDRO GONZALEZ-RAMIREZ waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) ALEJANDRO GONZALEZ-RAMIREZ to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) ALEJANDRO GONZALEZ-RAMIREZ's plea of guilty to Count One (1) is accepted.

Signed this 2nd day of April, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE